800-21

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
___Civil___ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 25 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

CASE NO. __4:22-cv-00186-JM-ERE__

Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: _Clifton Shelton_
    ADC# _174629_
    Address _Delta Regional 880 East gaines Dermott AR 71638_

    Name of plaintiff: _____
    ADC# _____
    Address _____

    This case assigned to District Judge _Moody_
    and to Magistrate Judge _Ervin_

    Name of plaintiff: ~~[blacked out]~~
    ADC# _____
    Address _____

In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: _Nurse Adair_
    Position: _Nurse_
    Place of employment: _Cummins Unit_
    Address: _Po Box 500    Grady AR 71644_

    Name of defendant: _April Gibson_
    Position: _Grievance officer_
    Place of Employment: _Cummins Unit_

1

Address: P.O. Box 500 Grady AR 71644

Name of defendant: Connie Cook

Position: Grievance officer

Place of Employment: Cummins Unit

Address: Po Box 500 Grady AR 71644

Name of defendant: Rory Griffon

Position: Medical Administrator Deputy Director of Health

Place of Employment: Pine Bluff AR 71602-9411

Address: ADC 6814 Princeton Pike

Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous Lawsuits

Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

Parties to previous lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

Court (if federal court, name the district; if state court, name the county):

2

Docket Number: _____

Name of judge to whom case was assigned: _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

IV. Place of present confinement: __Delta Regional Unit__
    __Dermott, Arkansas__

V. At the time of the alleged incident(s), were you:
   (check appropriate blank)

   _____ in jail and still awaiting trial on pending criminal charges

   ___✓___ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
              explain: _____

   _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did your file a grievance or grievances presenting the facts set forth in this complaint?

        Yes __✓__   No _____

   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

        Yes __✓__   No _____

3

If not, why? _____

_____

VII.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Nurse Adair - I fell out the shower chair at 2am went to infirmary & Nurse Adair refused me medical treatment.

April Gibson - She was steady playing with my grievance and was refusing to send them to central given proper response and due process and never sent white copy back.

Lonnie Cook she was holding my grievances at unit refusing my due process also.

Rory Griffin I sent my grievances to him my yellow & pink copy he told me I failed to follow protocol

4

But I depend He stamped and Improve it an lett me to suffer Because they failed to response back to my whate copy

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Claimant would like a relief check for my leg and to never be neglected or put in harms way by nurses or grievance officers and to never be treated cruel and to be given my respect. For my pain and suffering and for therapy order please.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _13th_ day of _February_, 20_22_.

_Clifton Shelton_
(Signature(s) of plaintiff(s))

5

**CERTIFICATE OF SERVICE**

I, Clifton Shelton, the Petitioner herein, do hereby certify that on this 13 day of Febuary, 2022, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to :

Pro Se Law Clerk
600 West Capitol, Suite 402
Little Rock, AR 72201-3325

_Clifton Shelton_
Petitioner, Pro se

**STATE OF ARKANSAS** )
)§
**COUNTY OF CHICOT** )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this 13 day of Feburary, 2022.

_Fredrick Gilbert_
Notary Public

My Commission Expires : 04-05-2028

FREDRICK GILBERT
NOTARY PUBLIC-STATE OF ARKANSAS
DREW COUNTY
My Commission Expires 04-05-2028
Commission # 12707208

5

Clifton Shelton 174629
~~Cummings Unit~~ Delta Unit
~~P.O.~~ 880 E. Gaines St
Dermott, AR 71638



Pro Se clerk
West Capitol Avenue, Suite 402
Little Rock, Arkansas 72201-3325

Legal Mail
Feb 20 22

Clifton Shelton