# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLIFTON SHELTON**     **PLAINTIFF**
**ADC #174629**

V.     NO. 4:22-cv-00186-JM-ERE

**ADAIR**, *et al.*     **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Shelton's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Shelton's claims against Defendants April Gibson, Connie Cook, and Rory Griffin are DISMISSED, without prejudice. The Clerk is instructed to terminate April Gibson, Connie Cook, and Rory Griffin as party Defendants.

IT IS SO ORDERED this 12th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE