IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLIFTON SHELTON**  **PLAINTIFF**
**ADC #174629**

V.     NO. 4:22-cv-00186-JM-ERE

**ADAIR**     **DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Shelton's motion for extension of time, timely objections, notice to the Court and affidavit, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Shelton's claims against Defendant Adair are DISMISSED, without prejudice, based on his failure to serve this Defendant. Mr. Shelton's motion for extension of time (ECF No. 32) is DENIED. The Clerk is instructed to terminate Adair as a party Defendant. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE