# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLIFTON SHELTON**                                                                                               **PLAINTIFF**
**ADC #174629**

**V.**                                   **NO. 4:22-cv-00186-JM-ERE**

**ADAIR**                                                                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE